PROB 12A
(Revised 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Larry Alan Rask</u>  Case Number: <u>3:11-00125-01</u>

Name of Current Judicial Officer: <u>The Honorable Todd J. Campbell, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable Paul L. Maloney, U.S. District Judge, WD/MI</u>

Date of Original Sentence: <u>May 9, 2011</u>

Original Offense: <u>18 U.S.C. 1957(a), Money Laundering</u>

Original Sentence: <u>Two years' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>May 9, 2011</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>  Defense Attorney: <u>none assigned locally</u>

---

**THE COURT ORDERS:**

☐ No Action
☐ The Issuance of a Warrant
  ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☒ Other - Allow the offender to terminate probation as scheduled, owing restitution

I declare under penalty of perjury
that the foregoing is true and correct.
Respectfully submitted,

*[signature]*

Kara Sanders
U.S. Probation Officer

Considered this _7_ day of _March_, 2013,
and made a part of the records in the above case.

*[signature]*

Todd J. Campbell
U. S. District Judge

Place   Nashville, Tennessee

Date    March 6, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.	Nature of Noncompliance

1.	**The defendant must make restitution to Washington Mutual Bank as detailed in the Judgment and Commitment Order in the amount totaling $121,600.00:**

	Mr. Rask was ordered to pay restitution in the amount of $121,600.00. The Court ordered he pay quarterly installments of $50.00. Mr. Rask receives approximately $729.00, monthly, in social security disability and has paid his restitution in a continuous manner from this income. This restitution is joint and several with the codefendant Terry Anne Rask. The U.S. Clerk's Office record reflects he has paid a total of $2,437.00. His remaining balance is $118,763.00.

**Compliance with Supervision Conditions and Prior Interventions:**

Larry Rask's two year term of probation began on May 9, 2011, and is scheduled for completion on May 8, 2013. Mr. Rask has been compliant with all of the conditions of probation. Since his probation began, he has resided with his wife, Terry Rask, in the same residence. Mr. Rask has expressed understanding that he will need to continue making restitution payments once his probation has ended. He has paid the ordered $100 special assessment.

**U. S. Probation Officer Recommendation:**

It is recommended that Mr. Rask be continued on probation and his supervision terminate, as scheduled, on May 8, 2013, with the understanding that he will continue to make payments after supervision has ended.

The U.S. Attorney's Office concurs with the probation officer's recommendation.


Approved:


_____
Britton Shelton
Supervisory U.S. Probation Officer